IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EVA GROVNER,  )
 )
    Plaintiff,  )
 )
v.  ) CASE NO. CV420-027
 )
MANNING M. GOLDSMITH, MD  )
Neurology, Georgia Ear  )
Institute,  )
 )
    Defendant.  )
_____)

## O R D E R

Plaintiff Eva Grovner filed a complaint this Court that seeks damages based on Defendant's alleged negligence. (Doc. 1.) From the face of her complaint, Plaintiff seeks to rely on 28 U.S.C. § 1332 as the basis for this Court's jurisdiction. However, the jurisdictional allegations contained in the complaint are insufficient to establish complete diversity between the parties.

The party invoking this Court's diversity jurisdiction bears the burden of adequately pleading complete diversity between the parties. See 28 U.S.C. § 1332; Ray v. Bird & Son & Asset Realization Co., 519 F.2d 1081, 1082 (5th Cir. 1975)[1] ("The burden of pleading diversity of citizenship is

---

[1] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.

upon the party invoking federal jurisdiction, and if jurisdiction is properly challenged, that party also bears the burden of proof."). Section II of the complaint directs Plaintiff to explain how the jurisdictional requirements of 28 U.S.C. § 1332 have been met, however, Plaintiff left this section entirely blank. Plaintiff fails to allege the citizenship of either herself, as Plaintiff, or of Defendant Goldsmith. Accordingly, this Court is unable to determine whether it properly has jurisdiction over this action.

For the foregoing reasons, Plaintiff is **DIRECTED** to file an amended complaint within **thirty (30) days** from the date of this Order. Plaintiff must inform the Court of her basis for jurisdiction and, if relying on diversity of citizenship pursuant to 28 U.S.C. § 1332, must allege the citizenship of both herself as Plaintiff and Defendant Goldsmith. Plaintiff is advised that failure to obey this Order may result in dismissal of her action.

SO ORDERED this 13th day of February 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA