**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| EVA GROVNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-027 |
| | ) | |
| MANNING M. GOLDSMITH, | ) | |
| *M.D. Neurotology, Georgia Ear* | ) | |
| *Institute, and ETAL,* | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court are plaintiff's motion for an emergency hearing and motion for court assistance.  Doc. 13; doc. 14.  Both motions appear to be derived from defendant having not yet complied with plaintiff's discovery requests.  As discovery has not commenced in this case, both motions are **DENIED** as unripe.

Plaintiff's motion for an emergency hearing includes what is ostensibly a request that defendant be prevented from leaving the United States, which hints at injunctive relief.  Doc. 13 at 1.  The clear language of the filing indicates that plaintiff's intent is to obtain a hearing, not a restraining order or preliminary injunction.  *Id*.  Furthermore, the filing

does not comply with the requirements for requesting injunctive relief. Fed. R. Civ. P 65. Therefore, the Court will not reconstrue the motion to seek injunctive relief. *Cf. See Retic v. United States*, 215 Fed. App'x 962, 964 (11th Cir. 2007) ("Federal courts sometimes will ignore the legal label that a *pro se* litigant attaches to a motion and recharacterize the motion in order to place it within a different legal category." (quoting *Castro v. United States*, 540 U.S. 375, 381 (2003)).

Before discovery can begin, plaintiff must satisfy the required filing fee. 28 U.S.C § 1914. She must also serve defendant with a copy of the complaint and summons and provide proof of service to the Court. Fed. R. Civ. P. 4(c) (requiring service of the complaint and summons); 4(l) (requiring plaintiffs to make proof of service before the Court). After defendant has been given notice of the claims alleged and an opportunity to respond, the parties are required to confer and propose a discovery plan. Fed. R. Civ. R. 26(f). To date, plaintiff has made no efforts to advance this case through these milestones. As defendant is currently not obligated to respond to plaintiff's discovery requests, or to participate in this case prior to service, the motions for an emergency hearing and court assistance are **DENIED**. Doc. 13; doc. 14.

The Report and Recommendation recommending dismissal of all Grovner's claims remains pending before the District Judge. Doc. 8. As he directed, she must file any objection no later than May 8, 2021. Doc. 10. Grovner's filings since the deadline was extended do not constitute objections to the Report and Recommendation. As it instructed, any objection "should be captioned 'Objections to Magistrate Judge's Report and Recommendations.'" Doc. 8 at 3.

**SO ORDERED**, this 21st day of April, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA