IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EVA GROVNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV420-027 |
| | ) |
| MANNING M. GOLDSMITH, M.D. | ) |
| Neurotology, Georgia Ear | ) |
| Institute, and ETAL, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Magistrate Judge's February 8, 2021, Report and Recommendation (Doc. 8), to which Plaintiff has not filed objections.[1] After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that it granted Plaintiff an additional sixty days to file objections to the report and recommendation. (Doc. 10.)