IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EVA GROVNER,  )
  )
    Plaintiff-Appellant,  )
  )
vs.  )   Case No. CV420-027
  )
MANNING M. GOLDSMITH, M.D.  )
Neurotology, Georgia Ear  )
Institute, and ET AL,  )
  )
    Defendant-Appellee.  )

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this _____1ST_____ day of November 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA